Argued September 23, affirmed November 5, 1971

## STATE OF OREGON, *Respondent, v.*
## JAMES LEWIS HICKMAN, *Appellant.*
### 489 P2d 1154

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief were Gary D. Babcock, Public Defender, and John K. Hoover, Certified Law Clerk, Salem.

*James J. Susee,* Deputy District Attorney, Salem, argued the cause for respondent. On the brief was Gary D. Gortmaker, District Attorney, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

PER CURIAM.

Defendant, having waived a jury, was convicted by the court of the sale of dangerous drugs. ORS 475.100. He appeals, assigning as sole error the failure of the trial court *sua sponte* "to direct a verdict of acquittal."

This court has repeatedly held that absent a showing of manifest injustice we will not consider matters raised for the first time on appeal which were not called to the attention of the trial court. There is no such showing here. *State v. Paola,* 3 Or App 258, 473 P2d 690 (1970).

Affirmed.